# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>JESSICA R MONSOUR<br><br>Debtor(s) | Case No. 10-21820-MKN |

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Rick A. Yarnall, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/25/2010.

2) The plan was confirmed on 11/18/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 02/18/2013.

6) Number of months from filing to last payment: 31.

7) Number of months case was pending: 33.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $11,972.68.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $14,554.00 |
| Less amount refunded to debtor | $490.63 |
| **NET RECEIPTS:** | **$14,063.37** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,573.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $912.67 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$5,485.67** |

Attorney fees paid and disclosed by debtor:    $1,500.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN EXPRESS BANK FSB | Unsecured | 6,394.00 | 0.00 | 6,312.23 | 778.60 | 0.00 |
| American General Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finan | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| American General Finance | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Aurora Loan Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| BAC HOME LOANS SERVICE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bank Of America | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Bankfirst | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CANDICA LLC | Unsecured | 14,997.00 | 0.00 | 14,745.70 | 1,818.86 | 0.00 |
| Cap One Na | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cap One Na | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) N A | Unsecured | 2,929.00 | 0.00 | 2,981.40 | 367.75 | 0.00 |
| CAPITAL ONE N A | Unsecured | 197.00 | 0.00 | 196.52 | 24.24 | 0.00 |
| Capital One, N.a. | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA NA | Unsecured | NA | 0.00 | 509.54 | 62.86 | 0.00 |
| Citi Flex | Unsecured | 10,663.00 | NA | NA | 0.00 | 0.00 |
| Citibank Na | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citibank Na | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Citifinancial Retail Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Cpu/citi - Conoco Phillips Union | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| DEPARTMENT STORES NATIONAL B | Unsecured | 951.00 | 0.00 | 939.28 | 115.86 | 0.00 |
| DISCOVER BANK | Unsecured | 835.00 | 0.00 | 874.33 | 107.84 | 0.00 |
| Discover Fin | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Discover Fin | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 18,490.00 | 0.00 | 18,673.90 | 2,303.40 | 0.00 |
| ECMC | Unsecured | 6,351.00 | 0.00 | 11,441.65 | 1,411.31 | 0.00 |
| GEMB / HH Gregg | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB / HH Gregg | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GEMB / Mervyns | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| Gemb/jcp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gemb/jcp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Gemb/m Wards | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| GMAC | Unsecured | 51,645.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HSBC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC Auto Finance / Santander | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc Bank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NATIONAL ASSOCI | Secured | 268,761.00 | 0.00 | 276,406.78 | 0.00 | 0.00 |
| Hsbc Nv | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc/mitsu | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Hsbc/Rs | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| IRS | Priority | NA | NA | NA | 0.00 | 0.00 |
| Ky Higher Ed Student | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ky Higher Ed Student | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ky Higher Ed Student | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Ky Higher Ed Student | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lane Bryant | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Lb Retail | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MACYS/FDSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| MACYS/FDSB | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Onyx Acceptance Corp/ Captital One Fina | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOCIATES | Unsecured | 6,253.00 | 0.00 | 6,132.48 | 756.44 | 0.00 |
| Realty Mortgage Corp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Realty Mortgage Corp | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Sears/Cbsd | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Sears/Cbsd | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Spiegel | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Texaco / Citibank | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| US BANK N A | Unsecured | NA | 0.00 | 39.99 | 0.00 | 0.00 |
| VANDA LLC | Unsecured | 5,835.00 | 0.00 | 5,904.22 | 690.45 | 0.00 |
| VANDA LLC | Unsecured | 1,147.00 | 0.00 | 1,135.72 | 140.09 | 0.00 |
| Victoria's Secret | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Washington Mutual / Providian | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wfs Financial/Wachovia Dealer Services | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| Wilshire Credit Corp | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $276,406.78 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$276,406.78** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$69,886.96** | **$8,577.70** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,485.67 |
| Disbursements to Creditors | $8,577.70 |
| **TOTAL DISBURSEMENTS :** | **$14,063.37** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 04/02/2013            By: /s/ Rick A. Yarnall
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**